Liza M. Granoff, Esquire, Assistant U.S. Attorney, Erica McCallum, Assistant U.S. Attorney, Robert Lally Miskell, Assistant U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Francisco Leon, Esquire, Attorney, Law Office of Francisco Leon, Tucson, AZ, for Defendant-Appellant

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

MEMORANDUM **

Fabian David Monge appeals from the district court's order granting in part Monge's motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

The district court concluded that Monge was eligible for a sentence reduction under Amendment 782 and reduced his sentence from 151 months to 144 months. Monge contends that the district court failed to address his arguments in favor of a greater reduction. The record reflects that the district court considered Monge's arguments and adequately explained its decision. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc).

Monge further contends that, in light of his post-sentencing conduct, the district court abused its discretion by failing to reduce his sentence to the low end of the new sentencing range. The district court did not abuse its discretion in determining that no further reduction was warranted in light of Monge's managerial role as a "kingpin" in the marijuana distribution enterprise, the large quantities of drugs he supplied over a long period of time, and his post-sentencing conduct. *See* U.S.S.G. § 1B1.10 cmt. n.1(B); *United States v. Dunn*, 728 F.3d 1151, 1158-59 (9th Cir. 2013).

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Jacob Vincent GREEN-BRESSLER,
Defendant-Appellant.**

**No. 16-10263**

United States Court of Appeals,
Ninth Circuit.

---

Submitted March 8, 2017 *

Filed March 14, 2017

Robert Lally Miskell, Assistant U.S. Attorney, USTU—Office of the US Attorney, Tucson, AZ, for Plaintiff-Appellee

Thomas Scott Hartzell, Attorney, T.S. Hartzell, Attorney at Law, Tucson, AZ, for Defendant-Appellant

Before: LEAVY, W. FLETCHER, and OWENS, Circuit Judges.

## MEMORANDUM **

Jacob Vincent Green-Bressler appeals from the district court's order denying his motion for a sentence reduction under 18 U.S.C. § 3582(c)(2). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Green-Bressler contends that the district court abused its discretion by denying his motion for a sentence reduction under Amendment 782 to the Sentencing Guidelines. The district court acted within its discretion when it denied Green-Bressler a sentence reduction based on his criminal history and his role in the offense. *See* U.S.S.G. § 1B1.10 cmt. n.1(B); *United States v. Dunn*, 728 F.3d 1151, 1158-59 (9th Cir. 2013). Further, insofar as Green-Bressler challenges the presentence reports, this claim is not cognizable. *See Dillon v. United States*, 560 U.S. 817, 831, 130 S.Ct. 2683, 177 L.Ed.2d 271 (2010) (alleged sentencing errors are "outside the scope of the proceeding authorized by § 3582(c)(2)").

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

